IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL DEWAYNE THIBODEAUX, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-1981-S (BT) |
| | ) | |
| BRAD LIVINGSTON and LORIE | ) | |
| DAVIS, *Director*, TDCJ, | ) | |
| Respondents. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED January 3, 2020.

_____
UNITED STATES DISTRICT JUDGE