IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAUL DEWAYNE THIBODEAUX, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:19-cv-1981-S (BT) |
| ) | |
| BRAD LIVINGSTON and LORIE ) | |
| DAVIS, *Director*, TDCJ, ) | |
| Respondents. ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge and hereby **DENIES** Petitioner's motion to reopen this case [ECF No. 14].

**SO ORDERED.**

SIGNED May 18, 2020.

UNITED STATES DISTRICT JUDGE